USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __4/10/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEREZ<br><br>Plaintiff,<br><br>-against-<br><br>BRONXCARE HEALTH SERVICES ET AL<br><br>Defendants. | 25-cv-2120 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Parties' correspondence in connection with the Federal Defendants' request for an extension of time to respond to Plaintiff's Complaint. The Court **ORDERS** the Parties to appear for a telephonic status conference on Wednesday, April 23, 2025 at 2 p.m. The Parties shall contact the Court at 1-855-244-8681 (access code: 2305 370 0226#).

SO ORDERED.
Dated:   April 10, 2025
         New York, New York

ANDREW L. CARTER, JR.
United States District Judge